**FILED**

SEP 22 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-07-80193 MISC VRW |
| Keith Germain Jordan, | ORDER |
| State Bar No 171267 | |

The court having been informed of the following:

1. On June 28, 2007 Keith Germain Jordan was suspended from practice by the California State Bar for a period of nine months;

2. On October 5, 2007, after Mr Jordan did not respond to an Order to Show Cause (C07-80193 VRW), the undersigned ordered Mr Jordan's removal from the roll of attorneys authorized to practice before this court;

3. On March 19, 2008, while still under State Bar suspension and no longer authorized to practice before this court, Mr Jordan filed an action in this court, <u>Davis v Santa Clara County</u>, C08-01512 RMW. On August 28, 2009 the court granted summary judgment against Davis and denied a motion to reopen discovery on the basis that Mr Jordan had conducted no discovery during the authorized discovery period and only sought an extension of the expired discovery period the day before the hearing on the motion for summary judgment;

    4.    On May 23, 2008 Mr Jordan's State Bar suspension was lifted, but Mr Jordan did not petition for reinstatement to practice before this court in accord with Civ LR 11-7(b)(4);

    5.    On October 28, 2008, not having been reinstated to practice before this court, Mr Jordan filed <u>Musumeci v Santa Clara County</u>, C08-04924 RMW and <u>Chaboya v Santa Clara County</u>, C08-04922 RS.  The <u>Chaboya</u> action is now closed, but <u>Musumeci</u> is still pending;

    6.    On May 12, 2009, still without having sought or obtained reinstatement before this court, Mr Jordan filed <u>Miller v San Jose State</u>, C09-02078 HRL.  This case is still pending; and

    7.    The State Bar of California website currently reports new disciplinary charges are pending against Mr Jordan.

Now, therefore, Mr Jordan is directed to appear in person before the undersigned on October 15, 2009 at 10:00 am, Courtroom 6, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and show cause, if any, why he should not be sanctioned under Civ LR 11-8 for having filed and maintained actions in this court when he is not authorized to practice before it.

IT IS SO ORDERED.

                      VAUGHN R WALKER
                      United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

KEITH GERMAIN JORDAN,

Case Number: CV07-80193 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Germain Jordan
Jordan Law Firm
1010 West Taylor Street
San Jose, CA 95126

Dated: September 22, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*