FILED

NOV 16 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-07-80193 MISC VRW |
| Keith Germain Jordan, | ORDER |
| State Bar No 171267 | |

The court having been informed that the prior orders entered in this matter may have been mailed to an incorrect address, the clerk is directed again to mail the court's order of September 22, 2009, and the minute order of October 15, 2009, to the correct address for Mr Jordan as registered with the State Bar of California.

Mr Jordan is directed to respond in writing on or before December 7, 2009, to the court's September 22, 2009, order and show cause, if any, why he should not be sanctioned under Civ LR 11-8 for having filed and maintained actions in this court when he is not authorized to practice before it.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Case Number: CV-07-80193 VRW

KEITH GERMAIN JORDAN ,

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith G. Jordan
Jordan Law Firm
720 SW Washington St Suite 750
Portland, OR 97205

Dated: November 16, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*