**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: NOV 23 2009

DOCS 3, 5 + 6
CV·07·80193
misc VRW

Sent To: Keith G. Jordan, Jordan Law Firm
Street, Apt. No.; or PO Box No.: 720 SW Washington St. #750
City, State, ZIP+4: PORTLAND, OR 97205

7008 1300 0000 9802 7670

PS Form 3800, August 2006 — See Reverse for Instructions