IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV 07-80193 MISC VRW

   Keith Germain Jordan,

   State Bar No 171267                      ORDER

_____/

       On October 5, 2007, Keith Germain Jordan was removed from the roll of attorneys permitted to practice before this court, following his suspension from practice by the State Bar of California on June 28, 2007. Jordan has not at any time since his removal reapplied to practice before this court.

       After learning that Jordan had filed three actions in this court after removal from the roll of attorneys permitted to practice, the undersigned on September 22, 2009, and again on November 16, 2009 and yet again on January 20, 2010, ordered Jordan to show cause why he should not be held in contempt under Civil LR 11-8; the January 20 order directed Jordan to appear in person to show cause. Jordan responded to the January 20 order by requesting

a telephonic appearance, which the court granted and heard the matter on February 25.  Jordan failed to show cause why he should not be found in violation of Civil LR 11-1 and the proscription against practice by persons other than attorneys enrolled to practice in this court.  The court adjudged Jordan in contempt and reserved decision on the appropriate sanction.  Having now considered the matter, the court ORDERS as follows.

Keith Germain Jordan is HEREBY DIRECTED TO:

1. REMIT a monetary sanction in the amount of $1,000, payable to the Clerk of Court;

2. FILE a proof of withdrawal from any action in which he appeared that remains pending before the court;

3. DISCLOSE a copy of this ORDER upon application for reinstatement to practice before this or any other court before whom he seeks to practice.

Until further action of this court, Jordan REMAINS ineligible to practice before the United States District Court for the Northern District of California.  Jordan may, within 14 days hereof, request, if he so desires, to appear before the undersigned to have these sanctions read aloud in open court.  Failing timely to request such an appearance, this order and the sanctions imposed herein shall be final.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge